Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern _____ District of New York _____
(State)

Case number (*if known*): _____  Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | HVI Cat Canyon, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Greka Oil & Gas <br> Greka <br> Greka California |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-3975574 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 630     Fifth Avenue <br> Number     Street | Number     Street |
| Suite 2410 | 6030 <br> P.O. Box |
| New York     NY     10111 <br> City     State     ZIP Code | Santa Maria     CA     93456 <br> City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York <br> County | Number     Street |
| | Santa Barbara, Kern, Orange Counties |
| | _____     CA     _____ <br> City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | N/A |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | HVI Cat Canyon, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____/_____/_____ Case number _____
                                    MM / DD / YYYY

District _____ When _____/_____/_____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor Rincon Island Limited Partnership    Relationship Affiliate

District Northern District of Texas    When 8/8/2016
                                                MM / DD / YYYY

Case number, if known 16-33174-hdh7

| Debtor | HVI Cat Canyon, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                    State        ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | HVI Cat Canyon, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/25/2019
             MM / DD / YYYY

X _____          Alex G. Dimitrijevic
Signature of authorized representative of debtor    Printed name

Title  President and COO

18. **Signature of attorney**

X  /s/ Michael L. Moskowitz          Date  07/25/2019
Signature of attorney for debtor                 MM / DD / YYYY

Michael L. Moskowitz
Printed name
Weltman & Moskowitz, LLP
Firm name
270    Madison Avenue, Suite 1400
Number    Street
New York                          NY      10016
City                             State   ZIP Code
212.684.7800                     mlm@weltmosk.com
Contact phone                    Email address

1827070                          NY
Bar number                       State

Fill in this information to identify the case and this filing:

Debtor Name __HVI Cat Canyon, Inc._____

United States Bankruptcy Court for the: __Southern_____ District of __NY____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement, List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/25/2019__              ✗ _____
MM / DD / YYYY                                Signature of individual signing on behalf of debtor

Alex G. Dimitrijevic
_____
Printed name

President and COO
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: HVI CAT Canyon, Inc.

United State Bankruptcy Court for the Southern District of New York

Case number (if known): _____

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Santa Barbara County Treasurer-Tax Collector 105 E. Anapamu St., Suite 109 Santa Barbara, CA 93102 | Vida McIsaac 805-568-2920 Vmcisaa@co.santa-barbara.ca.us | Taxes & Accrued Interest | Disputed | | | $3,351,085.42 |
| 2 | Allen Matkins Leck Gamble 865 South Figueroa Street Suite 800 Los Angeles, CA 90017-2543 | James L. Meeder (415) 273-7471 jmeeder@allenmatkins.com | Professional Services | Disputed | | | $1,848,934.99 |
| 3 | Diamond McCarthy LLP 909 Fannin Street 37th Floor Two Houston Center Houston, Texas 77010 | Allan Diamond (713) 333-5104 adiamond@diamondmccarthy.com | Professional Services | Disputed | | | $1,420,517.62 |
| 4 | Santa Barbara County-APCD 260 NORTH SAN ANTONIO RD., SANTA BARBARA, CA 93110 | Aeron Arlin Genet (805) 961-8800 Fax: (805) 961-8801 | Trade Debt | Disputed | | | $1,072,681.43 |
| 5 | Akin Gump Straus Hauer & Feld 1999 Avenue of the Stars Suite 600 Los Angeles, CA 90067 | Stephen D. Davis (713) 220-5888 sddavis@akingump.com | Professional Services | Disputed | | | $783,188.44 |
| 6 | Santa Barbara County P&D 123 East Anapamu Street Santa Barbara, CA 93101 | John Zorovich (805) 568-2519 Jzoro@co.santa-barbara.ca.us | Trade Debt | Disputed | | | $703,708.05 |
| 7 | W. J. Kenny Corp. C/O Allfirst Bankcorp Trust c/o M&T Bank One M&T Plaza Buffalo, NY 14203 | contact name unknown (716) 842-5138 Fax: (716) 635-4230 | Royalties | Contingent | | | $637,546.56 |

| Fill in this information to identify the case: |
|---|
| Debtor name: HVI CAT Canyon, Inc. |
| United State Bankruptcy Court for the Southern District of New York |
| Case number (if known): _____ |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | PG&E 77 Beale St San Francisco, CA 94177 | Denise A. Newton (661) 398-5950 DAN8@PGE.com | Trade Debt | | | | $624,332.15 |
| 9 | Ann Jenny Schupp C/O M H Whittier Corp. 1600 Huntington Drive South Pasadena, CA 91030 | Ann Jenny Schupp (714) 307-6108 Fax: c/o (626) 441-0420 | Royalties | Contingent | | | $586,746.52 |
| 10 | William W. Jenny Jr. 5101 East Camino Alisa Tucson, AZ 85718 | William W. Jenny Jr. (520) 299-6669 caramel@hotmail.com | Royalties | Contingent | | | $565,714.00 |
| 11 | J. P. Morgan-Chase Attn: Michael Kerney 450 West 33rd Street, 15th Floor Ref: 030057 Nassau Assoc-Saba New York, NY 10041 | Michael Kerney (212) 644-3206 Fax: (212) 759-1675 | Royalties | Contingent | | | $499,048.75 |
| 12 | WEST COAST WELDING & CONSTR. I 2201 Celsius Avenue Suite B Oxnard, CA 93030 | Michael Barbey (805) 701-5808 mbarbey@westcoastwelding.net | Trade Debt | | | | $471,111.12 |
| 13 | Sherrill A. Schoepe 14974 Adams Dr. Pauma Valley, CA 92061 | Sherrill A. Schoepe (760) 742-3272 agent: s.wetzler@musickpeeler.com | Royalties | Contingent | | | $427,928.10 |
| 14 | Andrew Kurth LLP 600 Travis Suite 4200 Houston, TX 77002 | David A. Zdunkewicz (832) 264-4107 DZdunkewicz@andrewskurth.com | Professional Services | | | | $380,000.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name: HVI CAT Canyon, Inc. |
| United State Bankruptcy Court for the Southern District of New York |
| Case number (if known): _____ |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | Larsen O'Brien LLP 555 South Flower Suite 4400 Los Angeles, CA 90071 | Robert C. O'Brien (213) 436-4865 ROBrien@larsonobrienlaw.com | Professional Services | Disputed | | | $369,425.58 |
| 16 | Victory Oil 222 West 6th Street, Suite 1010 San Pedro, CA 90731 | Eric Johnson (310) 519-9500 agent: smallbusinessteam@wolterskluwer.com | Royalties | Contingent | | | $357,734.02 |
| 17 | California Department of Conservation 801 K Street Sacremento, CA 95814 | Sharon Armstrong (916) 323-0427 Sharon.Armstrong@conservation.ca.gov | Production Assessments | | | | $300,562.97 |
| 18 | Diane T. Walker 748 Oceanville Road Stonington, ME 04681-9714 | Diane T. Walker (207) 367-5103 email / fax unknown | Royalties | Contingent | | | $272,888.34 |
| 19 | Stoner Family Trust James G. Sanford Trustee 100 West Liberty Street. Suite 900 Reno, NV 89501 | James G. Sanford (775) 323-1326 email / fax unknown | Royalties | Contingent | | | $264,968.83 |
| 20 | Charles C. Albright Trustee 729 West 16th Street #B8 Costa Mesa, CA 92627 | Charles C. Albright (949) 887-5885 calbright@juno.com | Royalties | Contingent | | | $246,388.95 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

HVI CAT CANYON, INC.,

                    Debtor.

Chapter 11

Case No.

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above-named debtor states the following:

The following are all corporations that own directly or indirectly 10% or

more of any class of the debtor's equity interests:

| Shareholder | % Ownership |
| --- | --- |
| GOGH, LLC | 100% |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

HVI CAT CANYON, INC.,                                     Case No.

                              Debtor.

### LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-named debtor states the following:

The following is the list of holders of any class of the above-named debtor's equity interests:

| Equity Holder | Address of Equity Holder | % Ownership |
|---------------|--------------------------|-------------|
| GOGH, LLC | PO Box 5489,<br>Santa Maria, California  93456 | 100% |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>             Debtor. | Chapter 11<br><br>Case No. |

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

ALEX G. DIMITRIJEVIC hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am the President and Chief Operating Officer of HVI CAT CANYON, INC. ("Debtor") and in such capacity I am familiar with the day-to-day operations, business and financial affairs of Debtor. I make this declaration ("Declaration"), pursuant to Rule 1007-2 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, in connection with the voluntary Chapter 11 petition filed by the Debtor ("Chapter 11 Case") to assist the Court and parties in interest in understanding the circumstances that compelled the commencement of this Chapter 11 Case and in support of the Debtor's petition ("Petition") for relief under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code"). I am authorized to submit this Declaration on behalf of Debtor.

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with officers, management, and other persons employed by Debtor, Debtor's professional advisors, and my review of relevant documents. Further this Declaration is based on my experience, knowledge and

information concerning Debtor's operations and financial affairs. If called upon to testify, I would testify to the facts as set forth in this Declaration, all of which, to the best of my knowledge, information and belief, are true and correct as set forth below.

3.  Debtor was formed as a Colorado corporation in 1997 and employs approximately 50 individuals. Debtor is the owner and operator of producing oil and gas interests in California and owns an approximate 100% working interest and an average 85% net revenue interest in several oilfields in the Santa Maria Valley of Santa Barbara County, North Belridge in Kern County, and Richfield East Dome Unit in Orange County. Debtor's assets include: (a) fee and leased mineral acreage, (b) oil and gas wells, (c) compressor plants, (d) tank batteries, and (e) an extensive pipeline infrastructure.

4.  The circumstances leading to the filing of Debtor's Chapter 11 Case are a reduction in revenues due to diminished oil and gas production and sales from Debtor's assets compounded by overreaching penalty assessments and debt obligations including foreclosure proceedings noticed by a secured creditor for asset sales scheduled to commence August 9, 2019.

5.  There is no pre-bankruptcy committee of unsecured creditors.

6.  A list of Debtor's 20 largest unsecured creditors, including amounts and indications whether the claims are contingent, unliquidated, disputed, or partially secured, has been separately filed with the Chapter 11 petition.

7.  A list of the Debtor's five (5) largest secured creditors, including amounts and descriptions of the collateral and estimates of the value of such collateral, and whether the claim or lien is disputed, is attached hereto as **Exhibit A**.

8.    Debtor's assets consist principally of oil and gas property.  Debtor's liabilities consist principally of trade debt.  A forecast for the thirteen (13) week period following the filing of the Chapter 11 petition is attached hereto as **Exhibit B**.

9.    Debtor does not have any publicly held debt or equity securities.

10.    A list of Debtor's property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent of any such entity, including the name and address of the entity and the identity of any related court proceeding, is attached hereto as **Exhibit C**.

11.    A list of the premises owned, leased, or held under other arrangement from which Debtor operates its business is attached hereto as **Exhibit D**.

12.    A list of the locations within the United States of Debtor's principal assets and its' books and records is attached hereto as **Exhibit E**.  Debtor does not have assets located outside of the United States.

13.    A list of all actions and proceedings, pending and threatened, against Debtor or its property in which a judgment against Debtor has been entered or may be imminent or a seizure of its property may be imminent, including the nature and present status of each, is attached hereto as **Exhibit F**.

14.    Debtor's senior management consists of Randeep S. Grewal, Chairman (1997-present), Alex G. Dimitrijevic, President and Chief Operating Officer (2013-present), and M. Ernesto Olivares, Chief Financial Officer (2015-present) and Secretary (2018-present).

15.    Debtor intends to continue to operate its business.  Debtor estimates that the amount of weekly payroll to employees (exclusive of officers, directors, stockholders,

and partners) for the thirty (30) day period following the filing of the Chapter 11 petition is $45,000.  The amount paid or to be paid to officers, directors, stockholders or partners for the same period is $4,100.

16.    As of the filing of this Chapter 11 Case, Debtor has not retained a financial or business consultant.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on July 25, 2019

_____

Alex G. Dimitrijevic,
President and Chief Operating Officer

Debtor: HVI Cat Canyon, Inc.                                    Case number (if known) _____

Exhibit A
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>5 Largest Secured Claims</u>

| Creditor's Name and Address | Amount of Claim | Estimated Value of Collateral Securing the Claim | Is Claim or Lien Disputed? | Brief Description |
|---|---|---|---|---|
| UBS AG, London Branch 600 Washington Blvd. Stamford, CT 06901 | $114,010,875.80 | $115,000,000.00 | Yes | Lien for financial debt |
| GLR, LLC 45 Rockefeller Plaza Suite 2410 New York, NY 10111 | $104,214,033.26 | $105,000,000.00 | No | Lien for financial debt |
| Betty T. Yee, California State Controller Tax Administration Section PO Box 942850 Sacramento, CA 94250-5880 | $ 1,304,573.87 | $1,400,000.00 | Yes | Lien for assessments |
| Santa Barbara County Treasurer-Tax Collector PO Box 579 Santa Barbara, CA 93102-0579 | $ 1,303,358.37 | $1,400,000.00 | Yes | Lien for property taxes |
| Northern California Collection Service, Inc. 700 Leisure Lane Sacramento, CA 95815 | $ 175,703.75 | $180,000.00 | Yes | Abstract of Judgment, Judgment Lien |

Debtor:  HVI Cat Canyon, Inc.                                    Case number (if known) _____

Exhibit B
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>13 Week Forecast</u>

Immediately follows

| HVI Cat Canyon 13 weeks budget | Forecast Week 1 29-Jul-19 | Forecast Week 2 5-Aug-19 | Forecast Week 3 12-Aug-19 | Forecast Week 4 19-Aug-19 | Forecast Week 5 26-Aug-19 | Forecast Week 6 2-Sep-19 | Forecast Week 7 9-Sep-19 | Forecast Week 8 16-Sep-19 | Forecast Week 9 23-Sep-19 | Forecast Week 10 30-Sep-19 | Forecast Week 11 7-Oct-19 | Forecast Week 12 14-Oct-19 | Forecast Week 13 21-Oct-19 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 9,000 | 71,509 | 50,162 | 68,704 | 159,025 | 84,401 | 247,749 | 457,407 | 605,688 | 387,590 | 31,238 | 276,134 | 203,008 | 9,000 |
| | | | | | | | | | | | | | | |
| Draws ( DIP Credit Facility)** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Cash Inflows | | | | | | | | | | | | | | |
| SMV | 468,156 | 100,000 | 200,000 | 1,031,900 | 200,000 | 250,000 | 450,000 | 1,265,919 | 260,000 | | 950,000 | 360,000 | 380,920 | 5,916,905 |
| Redu | | | | 12,203 | | | | 144,559 | | | | | 141,600 | 298,362 |
| Belridge | | | | 49,321 | | | | 121,566 | | | | | 200,340 | 371,227 |
| Total Cash Inflows | 468,156 | 100,000 | 200,000 | 1,093,424 | 200,000 | 250,000 | 450,000 | 1,532,044 | 260,000 | - | 950,000 | 360,000 | 722,870 | 6,386,494 |
| | | | | | | | | | | | | | | |
| Aggregate Total Receipts (Net) | | | | | | | | | | | | | | |
| Total Cash Inflows | 468,156 | 100,000 | 200,000 | 1,093,424 | 200,000 | 250,000 | 450,000 | 1,532,044 | 260,000 | - | 950,000 | 360,000 | 722,870 | 6,386,494 |
| | | | | | | | | | | | | | | |
| Cash Outflows | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | |
| Payroll Checks | 82,044 | | 82,044 | | 82,044 | | 82,044 | | 82,044 | | 82,044 | | 82,044 | 574,308 |
| Payroll Taxes | 26,508 | | 26,508 | | 26,508 | | 26,508 | | 26,508 | | 26,508 | | 26,508 | 185,553 |
| Petty Cash | 5,000 | | 5,000 | | 5,000 | | 5,000 | | 5,000 | | 5,000 | | 5,000 | 35,000 |
| Consultants | 6,923 | | 6,923 | | 6,923 | | 6,923 | | 6,923 | | 6,923 | | 6,923 | 48,462 |
| Phones | 3,627 | 5,979 | 1,500 | 2,000 | | 3,627 | 5,979 | 1,500 | 2,000 | 3,627 | 5,979 | 1,500 | 2,000 | 39,320 |
| Power PG&E | | | | | | | | 195,000 | | | | 195,000 | | 390,000 |
| Power SoCalEdison | 25,000 | | | | | 25,000 | | | | 25,000 | | | | 75,000 |
| Water | 508 | 624 | 1,276 | | | 508 | 624 | 1,276 | | 508 | 624 | 1,276 | | 7,226 |
| Gas | 87 | | 65 | | | 87 | | 65 | | 87 | | 65 | | 454 |
| Portable Restrooms | | 1,196 | 485 | 169 | | | 1,196 | 485 | 169 | | 1,196 | 485 | 169 | 5,551 |
| Alarms | | | 663 | | | | | 663 | | | | 663 | | 1,990 |
| Cafeteria | | | 275 | | | | | 275 | | | | 275 | | 826 |
| Copies | | | 231 | | | | | 231 | | | | 231 | | 693 |
| Chemicals | 17,000 | 17,000 | 17,000 | 17,000 | | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 17,000 | 204,000 |
| Pumps | | 15,000 | | | 15,000 | | | 15,000 | | 15,000 | | 15,000 | | 75,000 |
| Gasoline | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 149,500 |
| Transportation | | | | 199,000 | | | | 199,000 | | | | | | 338,000 |
| LCR | | | | 210,000 | | | | 316,200 | | | | | 346,500 | 872,700 |
| Electricians | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 65,000 |
| Welders | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 32,500 |
| Supplies (Belts) | 800 | | 1,338 | 1,304 | | 800 | | 1,338 | 1,304 | | 800 | | | 7,682 |
| Parts (Compressor, Pumps, others) | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 65,000 |
| Clean Chemical towers | | | 1,480 | 1,480 | | | | 1,480 | | | | 1,480 | | 8,880 |
| Vehicle maintenance | 4000 | 4000 | 4000 | 4000 | | 4000 | 4000 | 4000 | 4000 | 4000 | | 4000 | 4001 | 44,001 |
| Drink Water | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,949 |
| Weed abatement | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 65,000 |
| Well Analysis | 3,000 | 3,000 | 3,000 | 3,000 | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| Compliance (MLG) | | | | 10,000 | | | | | | 10,000 | | | 10000 | 30,000 |
| Fire Department | 35000 | | | | 5,000 | | | | | | | 5,000 | 5000 | 50,000 |
| EHS CUPA | 7,000 | | | | | | | | | | | | | 7,000 |
| APCD | 2,000 | 2,000 | 2,000 | 60,000 | 2,000 | 2,000 | 2,000 | 2,000 | 60,000 | 2,000 | 2,000 | 2,000 | 60,000 | 200,000 |
| Payment Plan | | 29500 | | | | | | 29500 | | | | | | |
| Total Operating Expenses | 247,646 | 108,930 | 181,458 | 537,103 | 174,625 | 86,651 | 227,925 | 772,663 | 262,098 | 85,852 | 229,724 | 256,126 | 597,295 | 3,768,095 |
| G&A Expenses | | | | | | | | | | | | | | - |
| | | | | | | | | | | | | | | |
| Insurances | | 12,418 | | | | | 12,418 | | | | 12,418 | | | 37,253 |
| Legal Expenses | | | | 25,000 | 100,000 | | | | 25,000 | 100,000 | | | 25,000 | 275,000 |
| Royalties | | | | 211,000 | | | | 211,000 | | | | | | 422,000 |
| Surface Rents | | | | 42,000 | | | | | 42,000 | | | | | 84,000 |
| Backoffice & Administrative | 158,000 | | | 188,000 | | | | 188,000 | | | | | | 534,000 |
| Total G&A | 158,000 | 12,418 | - | 466,000 | 100,000 | - | 12,418 | 399,000 | 67,000 | 100,000 | 12,418 | - | 25,000 | 1,352,253 |
| | | | | | | | | | | | | | | |
| Minimum Production Maintenance | | | | | | | | | | | | | | |
| SMV | | | | | | | | 72,100 | 101,000 | 152,500 | 366,500 | 132,000 | 185,000 | 1,009,100 |
| BELRIDGE | | | | | | | | 110,700 | 12,000 | 12,000 | 18,000 | 12,000 | 12,000 | 176,700 |
| REDU | | | | | | | | 29,300 | 36,001 | 6,000 | 78,462 | 33,000 | 92,000 | 274,763 |
| | | | | | | | | | | | | | | |
| Total Minimum Production Maintenance | - | - | - | - | - | - | - | 212,100 | 149,001 | 170,500 | 462,962 | 177,000 | 289,000 | 1,460,563 |
| | | | | | | | | | | | | | | |
| Total Cash Outflows | 405,646 | 121,348 | 181,458 | 1,003,103 | 274,625 | 86,651 | 240,342 | 1,383,763 | 478,099 | 356,352 | 705,104 | 433,126 | 911,295 | 6,580,911 |
| Net Cash Flow | 62,509 | (21,348) | 18,542 | 90,321 | (74,625) | 163,349 | 209,658 | 148,281 | (218,099) | (356,352) | 244,896 | (73,126) | (188,425) | 5,583 |
| Ending Cash Balance | 71,509 | 50,162 | 68,704 | 159,025 | 84,401 | 247,749 | 457,407 | 605,688 | 387,590 | 31,238 | 276,134 | 203,008 | 14,583 | 14,583 |
| | | | | | | | | | | | | | | |
| Working capital (ex-Min.Prod.Maint.) | 62,509 | (21,348) | 18,542 | 90,321 | (74,625) | 163,349 | 209,658 | 360,381 | (69,098) | (185,852) | 707,858 | 103,874 | 100,575 | 1,466,146 |
| | | | | | | | | | | | | | | |
| * includes DIP fees | | | | | | | | | | | | | | |
| ** Subject to DIP Lender Approval | | | | | | | | | | | | | | |

Debtor:  HVI Cat Canyon, Inc.                                                    Case number (if known) _____

Exhibit C
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>Debtor's Property in the Possession or Custody of a Third Party</u>

| Holder's Name Address Telephone Number | Court in which related proceeding is pending | Description (security deposit, utility deposit, etc.) | Current Value of Debtor's interest |
|---|---|---|---|
| PG&E P.O. Box 997300 Sacramento, CA 95899-7300 (800) 468-4743 | N/A | Utility deposit | $569,744.00 |
| Southern California Edison P.O. Box 600 Rosemead, CA 91771-2356 (800) 950-2356 | N/A | Utility deposit | $140,000.00 |
| Santa Barbara County Planning & Development Dept. 123 E. Anapamu Street Santa Barbara, CA 93101 (805) 568-2000 | N/A | Grading deposit | $37,000.00 |
| Reetz Fox Bartlett, LLP 116 E. Sola St., Santa Barbara, CA 9310 (805) 965-0523 | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Performance deposit | $15,700.00 |

Debtor:  HVI Cat Canyon, Inc.                                    Case number (if known) _____

Exhibit D
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>List of Premises from which Debtor Operates its Business</u>

| |
|---|
| 630 Fifth Avenue, Suite 2410, New York, NY  10111 |
| 2617 Clark Avenue, Santa Maria, CA  95454 |

Debtor:  HVI Cat Canyon, Inc.                                      Case number (if known) _____

Exhibit E
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>Location of Debtor's Substantial Assets and its Books and Records</u>

Location of Debtor's Substantial Assets

| |
|---|
| Santa Barbara County, CA |
| Kern County, CA |
| Orange County, CA |

Locations of Debtor's Books and Records

| |
|---|
| 630 Fifth Avenue, Suite 2410, New York, NY  10111 |
| 2617 Clark Avenue, Santa Maria, CA  95454 |
| 1700 Sinton Road, Santa Maria, CA 93458 |

Debtor:  HVI Cat Canyon, Inc.                                                                      Case number (if known) _____

Exhibit F
To
DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

<u>Judgments Entered</u>
<u>and</u>
<u>Judgments or Seizure of Debtor's Property that may be Potentially Imminent</u>

| Action or Proceeding (pending or threatened) Against Debtor or its Property where a Judgment Against Debtor has been Entered or where a Judgment or a Seizure of Debtor's Property may be Imminent | Nature of Action or Proceeding | Present Status |
|---|---|---|
| Northern California Collection Service, Inc. v. Debtor | Breach of contract | Judgment entered Abstract of Judgment recorded in County Judgment lien filed with State |
| Commercial Trade, Inc. v. Debtor, et al | Breach of contract | Judgment entered Abstract of Judgment recorded in County |
| Union Oil Company of California DBA Unocal v. Debtor, et al | Breach of contract | Judgment entered |
| Corson v. Debtor, et al | Employment | Judgment entered |
| Santa Barbara County Air Pollution Control District v. Debtor | Breach of contract | Judgment entered |
| Hunton Andrews Kurth, LLP v. Debtor, et al | Adversary Proceeding | Pending, Stipulated Judgment |
| West Coast Welding & Construction v. Debtor, et al | Breach of contract | Pending, Stipulated Judgment |
| U.S., et al v. Debtor | Environmental Civil Penalties | Pending, trial concluded |
| Rival Well Services, Inc. | Breach of contract | Lien recorded |
| Betty T. Yee, California State Controller | Production Assessments | Lien recorded |
| Santa Barbara County Treasurer-Tax Collector | Property Taxes | Lien recorded |
| State of California – Employment Development Dept. | Payroll Tax Assessments | Lien recorded Judgment lien filed with State |
| Orange County Treasurer-Tax Collector | Property Taxes | Lien recorded |
| UBS AG | Loan Default | Notice of Default and Election to Sell under Deed of Trust recorded; Notice of Trustee's Sale Under Deed of Trust recorded |
| GLR, LLC | Loan Default | Notice of Default |

HVI CAT CANYON, INC.

WRITTEN CONSENT IN LIEU OF
SPECIAL MEETING OF SOLE DIRECTOR

The undersigned, being the sole member of the board of directors of HVI Cat Canyon, Inc., a Colorado corporation (the "Corporation"), does hereby wave any and all requirements for calling, giving notice of, and holding a special meeting of the Board of Directors of the Corporation and, in lieu of a special meeting, does hereby consent to the adoption of the resolution attached hereto as Exhibit A

IN WITNESS WHEREOF, the undersigned has executed this Consent effective as of July 25, 2019.

_____
Randeep S. Grewal
Chairman

Exhibit A

RESOLUTIONS OF
THE BOARD OF DIRECTORS
OF
HVI CAT CANYON, INC.

NOW THEREFORE, BE IT RESOLVED that, in the judgment the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties that the Corporation commence a chapter 11 case ( a "Chapter 11 case") by filing a voluntary petition seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code"); and it is

RESOLVED FURTHER, that the President and Chief Operating Officer of the Corporation be, and hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute and verify or certify a petition (on Form 201) under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and it is

RESOLVED FURTHER, that the President and Chief Operating Office be, and hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute and file all schedules (on Form 206), lists (on Form 204), statements (on Form 207), Corporate Ownership Statement, List of Equity Security Holders, and Declarations thereto (on Form 202) and pursuant to Local Bankruptcy Rule 1007-2 ; and it is

RESOLVED FURTHER, that the Chairman, and any officer as may be specifically designated in writing by the Chairman, be, and hereby is, authorized and empowered on behalf of and in the name of the Corporation to execute and file all other papers and to take actions that may be necessary, proper or desirable only in connection with the Chapter 11 case; and it is

RESOLVED FURTHER, that the Chairman, and any officer as may be specifically designated in writing by the Chairman, be, and hereby is, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Corporation as are deemed necessary to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and in connection therewith, said Chairman, and any such officer of the Corporation as may be specifically designated in writing by the Chairman, is hereby authorized and directed to execute appropriate retention agreements, pay  appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firms; and it is

RESOLVED FURTHER, that the Chairman, and any officer as may be specifically designated in writing by the Chairman, be, and hereby is, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Corporation and approved by the Chairman, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, said Chairman, and any such officer of the Corporation as may be specifically designated in writing by the Chairman, is hereby authorized and directed to execute approved loan agreements, cash collateral agreements and related ancillary documents; and it is

RESOLVED FURTHER, that the Chairman, and any officer as may be specifically designated in writing by the Chairman, be, and hereby is, authorized and empowered for, in the name of, and on behalf of the Corporation to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions including, but not limited to, filing a chapter 11 plan or plans of reorganization, and taking actions necessary for the prosecution of the Chapter 11 case; and it is

RESOLVED FURTHER, that the Chairman, and any officer as may be specifically designated in writing by the Chairman, be, and hereby is, authorized and empowered for, in the name of, and on behalf of the Corporation to enter into one or more asset purchase agreements ("APA") for the sale of the Corporation's assets and any ancillary documents to be entered into in connection therewith ("Transaction Documents"), and to enter into the transactions and obligations contemplated by the APA and the Transaction Documents, subject to Bankruptcy Court approval in the Chapter 11 case or to conduct an auction of the Corporation's assets as appropriate; and it is

RESOLVED FURTHER, that any and all past actions heretofore taken by the Chairman, officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any and all of the preceding resolutions be, and the same hereby are, ratified, approved and confirmed in all respects.

/

/

/

/

IN WITNESS WHEREOF, the undersigned, being the sole Director of the Corporation, has executed these Resolutions effective as of July 25, 2019.

_____
Randeep S. Grewal
Chairman

SIGNATURE PAGE TO RESOLUTIONS OF THE BOARD OF DIRECTORS OF HVI CAT CANYON, INC.