UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                          :
                                                                :    Chapter 11
HVI CAT CANYON, INC.,                                           :
                                                                :    Case No. 19-12417 (MEW)
                         Debtor.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER SCHEDULING INITIAL CASE CONFERENCE

The Debtor having filed a petition for reorganization under Chapter 11 of the Bankruptcy Code on July 25, 2019, and the Court having determined that a case management conference will aid in the efficient conduct of the case, it is

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that an initial case management conference shall be conducted by the **Honorable Michael E. Wiles in Courtroom 617**, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **August 27, 2019 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences; and it is further

**ORDERED**, that the Debtor shall give notice by mail of this order at least seven days prior to the scheduled conference to each committee appointed to serve in the case pursuant to 11 U.S.C. § 1102 (or, if no committee has been appointed, to the holders of the 10 largest unsecured claims), the holders of the five largest secured claims, any post-petition lender to the Debtor, and the United States Trustee, and shall promptly file proof of service of such notice with the Clerk of the Court.

**DATED:**    New York, New York
              July 29, 2019

                                             s/Michael E. Wiles
                                             UNITED STATES BANKRUPTCY JUDGE