**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Michele K. Jaspan (mkj@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>  HVI CAT CANYON, INC.,<br><br>                  Debtor. | Chapter 11 Case<br><br>Case No. 19-12417 (MEW) |

### NOTICE OF HEARINGS ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that the following matters have been scheduled for hearing on **Thursday, August 1, 2019 at 2:00 p.m.**, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Courtroom 617, New York, New York 11201-1800:

- Application to retain Epiq Bankruptcy Solutions, LLC as claims and noticing agent to Debtor pursuant to section 105 of title 11 of the United States Code §§ 101 *et seq*., section 156(c) of title 28 of the United State Code and Rule 5075-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (ECF Doc. No. 10).

- Motion for interim and final orders pursuant to 11 U.S.C. §§ 105, 361, 362 and 363 approving use of cash collateral and setting final hearing pursuant to Bankruptcy Rule 4001 (ECF Doc. No. 11).

- Motion pursuant to 11 U.S.C. §§ 105(a) and 363(b) for entry of interim and final orders (I) authorizing payment of E&P operating expenses and (II) directing financial institutions to honor and process checks and transfers related to such obligations (ECF Doc. No. 12).

- Motion pursuant to 11 U.S.C. §§ 105(a) and 366 requesting entry of an order (I) approving Debtor's proposed form of adequate assurance of payment to utility providers and (II) prohibiting utility providers from altering, refusing or discontinuing utility service (ECF Doc. No. 13).

- Motion pursuant to 11 U.S.C. § 365(a), Rules 6003(c) and 6006 of the Federal Rules of Bankruptcy Procedure and Rule 6006-1 of the Local Bankruptcy Rules for the Southern District of New York for entry of an order authorizing the assumption of a certain Administration Agreement with GIT, Inc., *nunc pro tunc* to the Petition Date (ECF Doc. No. 14).

- Motion pursuant to 11 U.S.C. §§ 105(a) and 363(b) for entry of interim and final orders (I) authorizing (A) payment of pre-petition wages, salaries, employee benefits and other compensation, (B) maintenance of employee benefit programs and payment of related administrative obligations and (C) payment of pre-petition claims of independent contractors and (II) directing financial institutions to honor and process checks and transfers related to such obligations (ECF Doc. No. 15).

- Motion pursuant to 11 U.S.C. §§ 105(a), 363(b) and 363(c) and Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure for (I) interim and final authority to (A) continue existing cash management system, (B) honor certain pre-petition obligations related thereto and (C) maintain business forms and existing bank accounts and (II) related relief (ECF Doc. No. 16).

**Copies of the Motions and all documents filed in this case may be examined by interested parties (i) free of charge at the website established for this chapter 11 case by Debtor's claims agent, Epiq Bankruptcy Solutions, LLC, at https://dm.epiq11.com/HVICat; or (ii) on the Court's electronic docket for Debtor's chapter 11 case. For additional information and inquiries about this case, please call the following: Toll Free U.S.: 855-424-1295; Non-U.S. Parties: 503-520-4436.**

Dated:    New York, New York
          July 30, 2019

                                          **WELTMAN & MOSKOWITZ, LLP**
                                          *Proposed Attorneys for Debtor/Debtor in Possession*


                                          By: /s/ Michael L. Moskowitz
                                              **MICHAEL L. MOSKOWITZ**
                                          270 Madison Avenue, Suite 1400
                                          New York, New York 10016
                                          (212) 684-7800

2