```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

In re                               :    Chapter 11

HVI CAT CANYON, INC.,               :    Case No. 19-12417 (MEW)

                Debtor.             :

-----------------------------------x
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of HVI Cat Canyon, Inc.:

1. Brian Corson, in his
   Individual Capacity
   2990 Lichen Place
   Templeton, CA 93465
   (805) 714-4082
   brian@hubmac.com

2. Escolle Tenants in Common
   215 N. Lincoln Street
   Santa Maria, CA  93458
   Att:  Vincent T. Martinez
   (805) 925-2611
   vmartinez@twitchellandrice.com

3. Pacific Petroleum California, Inc.
   POB 2646
   Santa Maria, CA  93457
   Att: John Hochleutner
   (805) 925-1947
   john@ppcinc.biz

1

Dated:   New York, New York
         August 9, 2019

                                WILLIAM K. HARRINGTON
                                UNITED STATES TRUSTEE

                          By:   /s/ Serene K. Nakano
                                SERENE K. NAKANO
                                Trial Attorney
                                U.S. Federal Office Building
                                201 Varick St., Room 1006
                                New York, New York  10014
                                (212) 510-0505