**DIAMOND MCCARTHY LLP**
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                    Chapter 11

HVI CAT CANYON, INC.                      Case No. 19-12417 (MEW)

                    Debtor.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS          )
                        ) ss.:
COUNTY OF HARRIS        )

CATHERINE BURROW, being duly sworn, deposes and says:

I am not a party to the action, am over eighteen years of age and reside in Fort Bend County, State of Texas.

On August 14, 2019, in addition to those parties served electronically by the Court's electronic notification system on August 14, 2019, I caused the

**Motion for Diamond McCarthy LLP to Modify Automatic Stay Pursuant to 11 U.S.C. § 362(d) [ECF 41]; and**

**Notice of Hearing on Motion for Diamond McCarthy LLP to Modify Automatic Stay Pursuant to 11 U.S.C. § 362(d) [ECF 42]**

to be served by email to those parties so designated in the Master Service List dated as of August 8, 2019, and by depositing a true and correct copies of same by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of Texas to those parties so designated to receive mail service in the Master Service List dated as of August 8, 2019 and set forth on **Exhibit A** attached hereto.

                                                                             CATHERINE BURROW

Sworn to before me this 14th
day of August 2019

Notary Public
Notary Public, State of Texas
My Commission Expires  9-03-2023



JUANA SAUCEDA
Notary ID #130358959
My Commission Expires
September 3, 2023

2

# **Exhibit A**

**Exhibit A**

| | | |
|---|---|---|
| ANN JENNY SCHUPP<br>C/O M H WHITTIER CORP.<br>1600 HUNTINGTON DRIVE<br>SOUTH PASADENA, CA  91030 | INTERNAL REVENUE SERVICE<br>(SMALL BUSINESS/SELF-<br>EMPLOYMENT DIV)<br>5000 ELLIN ROAD<br>LANHAM, MD  20706 | W. J. KENNY CORP.<br>C/O ALLFIRST BANKCORP TRUST<br>C/O M&T BANK<br>ONE M&T PLAZA<br>BUFFALO, NY  14203 |
| BRUCE S. GELBER<br>DEPUTY ASST ATTORNEY GENERAL<br>ENVIRONMENT & NATURAL<br>RESOURCES DIVISION<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC  20530 | J. P. MORGAN-CHASE<br>ATTN: MICHAEL KERNEY<br>REF: 030057 NASSAU ASSOC-SABA<br>450 WEST 33RD STREET, 15TH FLOOR<br>NEW YORK, NY 10041 | WYATT SLOAN-TRIBE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>300 S. SPRING STREET, SUITE 1702<br>LOS ANGELES, CA  90013 |
| CALIFORNIA DEPT. OF TOXIC<br>SUBSTANCE CONTROL<br>(BERKLEY REGIONAL OFFICE)<br>700 HEINZ AVENUE, SUITE 200<br>BERKELEY, CA  94710-2721 | NORTHERN CALIFORNIA<br>COLLECTION<br>SERVICE, INC.<br>700 LEISURE LANE<br>SACREMENTO, CA  95815 | |
| CALIFORNIA FRANCHISE TAX<br>BOARD<br>PO BOX 942857<br>SACRAMENTO, CA  94257-0500 | OFFICE OF THE UNITED STATES<br>TRUSTEE, SDNY<br>ATTN:  SERENE NAKANO, ESQ.<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY  10014 | |
| CALIFORNIA OSHA<br>1515 CLAY STREET, SUITE 1901<br>OAKLAND, CA  94612 | SANTA BARBARA COUNTY –APCD<br>AERON ARLIN GENET<br>260 NORTH SAN ANTONIO RD<br>SANTA BARBARA, CA  93110 | |
| CALIFORNIA STATE CONTROLLER<br>BETTY T. YEE<br>TAX ADMINISTRATION SECTION<br>PO BOX 942850<br>SACRAMENTO, CA  94250-5880 | STATE OF NEW YORK ATTORNEY<br>GENERAL<br>ATTN: LETIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY  12224 | |
| DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON,ME  04681-9714 | STONER FAMILY TRUST<br>JAMES G. SANFORD TRUSTEE<br>100 WEST LIBERTY STREET, STE 900<br>RENO, NV  89501 | |
| FIRST AMERICAN TITLE INSURANCE<br>COMPANY<br>TRUSTEE FOR UBS AG LONDON<br>BRANCH<br>4380 LA JOLLA VILLAGE DR,  STE 110<br>SAN DIEGO, CA  92122 | U.S. DEPT. OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON, DC  20590 | |
| HVI CAT CANYON, INC.<br>P.O. BOX 5489<br>SANTA MARIA, CA  93456 | UBS AG, LONDON BRANCH<br>JULIAN GOULD<br>600 WASHINGTON BLVD.<br>STAMFORD, CT  06901 | |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA  19101-7346 | UNITED STATES ATTORNEY'S OFFICE<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: ANTHONY SUN, AUSA<br>TAX & BANKRUPTCY UNIT<br>86 CHAMBERS ST., 3RD FLOOR<br>NEW YORK, NY  10007 | |