SNOW SPENCE GREEN LLP
W. Ross Spence (ross@snowspencelaw.com)
Carolyn Carollo (carolyncarollo@snowspencelaw.com)
2929 Allen Parkway, Suite 2800
Houston, TX 77019
(713) 335-4800 – Telephone
(713) 335-4848 – Fax
*Attorneys for the County of Santa Barbara, California; Harry E. Hagen,
as Treasurer-Tax Collector of the County of Santa Barbara, California;
and Santa Barbara Air Pollution Control District*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :     Chapter 11
HVI CAT CANYON, INC.,                                       :
                                                            :     Case No. 19-12417 (MEW)
Debtor.                                                     :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF TEXAS          )
                        ) ss:
COUNTY OF HARRIS        )

BRITTANY DECOTEAU, being duly sworn, deposes and says:

1. I am employed as a legal assistant for W. Ross Spence, Snow Spence Green LLP, 2929 Allen Parkway, Suite 2800, Houston, Texas 77019. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2019, I caused to be served the "Subpoena to Appear and Testify At A Hearing or Trial In A Bankruptcy Case (Or Adversary Proceeding)." A true and correct copy of the subpoena is attached hereto as **Exhibit 1**.

3. A true and correct copy of the subpoena was served on the parties in the manner so indicated on **Exhibit 2**.

_____
Brittany Decoteau

Sworn to before me this 19th
day of August, 2019

_____
Notary Public
Notary Public, State of Texas
My Commission Expires: 10-10-21

DONNA SUTTON
My Notary ID # 3871787
Expires October 10, 2021