| Recipient | Service Method | Description |
|---|---|---|
| Akin Gump Straus Hauer & Feld<br>Stephen D. Davis<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067 | Email | SDDAVIS@AKINGUMP.COM |
| Allen Matkins Leck Gamble<br>James L. Meeder<br>865 South Figueroa Street, Suite 800<br>Los Angeles, CA 90017-2543 | Email | JMEEDER@ALLENMATKINS.COM |
| Andrew Kurth LLP<br>David A. Zdunkewicz<br>600 Travis, Suite 4200<br>Houston, TX 77002 | Email | DZDUNKEWICZ@ANDREWSKURTH.COM |
| Ann Jenny Schupp<br>c/o M H Whittier Corp.<br>1600 Huntington Drive<br>South Pasadena, CA 91030 | Fax | 626-441-0420 |
| Attorney General of California<br>Xavier Becerra<br>P. O. Box 94425<br>Sacramento, CA 94244-2050 | Email | MICHAEL.ZARRO@DOJ.CA.GOV |
| Brian Corson, In His Individual Capacity<br>2990 Lichen Place<br>Templeton, CA 93465 | Email | BRIAN@HUBMAC.COM |
| Bruce S. Gelber<br>Deputy Asst. Attorney General<br>Environment & Natural Resources Division<br>950 Pennsylvania Ave.<br>Washington, DC 20530 | Fax | 202-616-2427 |
| CA Attorney General's Office<br>Attn: Xavier Becerra<br>1300 I Street<br>Sacramento, CA 95814 | Email | PIU@DOJ.CA.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| California Department of Conservation<br>Sharon Armstrong<br>801 K Street<br>Sacramento, CA 95814 | Email | SHARON.ARMSTRONG@CONSERVATION.CA.GOV |
| California Dept. of Fish & Wildlife 5<br>3883 Ruffin Road<br>San Diego, CA 92123 | Email | ASKR5@WILDLIFE.CA.GOV |
| California Dept. of Toxic Substance Control<br>(Berkeley Regional Office)<br>700 Heinze Avenue, Suite 200<br>Berkeley, CA 94710-2721 | Fax | 510-540-3738 |
| California Division of Oil, Gas & Geothermal Resources<br>Department of Conservation<br>801 K Street, MS 24-01<br>Sacramento, CA 95814 | Email | WEBMASTER@CONSERVATION.CA.GOV |
| California Employment Development Dept.<br>P. O. Box 826880, MIC 83<br>Sacramento, CA 94280-0001 | Email | WOTCSUPPORT@EDD.CA.GOV |
| California Franchise Tax Board<br>P. O. Box 942857<br>Sacramento, CA 94257-0500 | First Class Mail | |
| California OSHA<br>1515 Clay Street, Suite 1901<br>Oakland, CA 94612 | Fax | 510-286-7037 |
| California Regional Water Quality Control Board<br>State Water Resources Control Board<br>1001 I Street<br>Sacramento, CA 95814 | Email | CENTRALCOAST@WATERBOARDS.CA.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| California State Controller<br>Betty T. Yee<br>300 Capitol Mall, Suite 1850<br>Sacramento, CA 95814 | Email | EOINQUIRY@SCO.CA.GOV |
| California State Controller<br>Betty T. Yee<br>Tax Administration Section<br>P. O. Box 942850<br>Sacramento, CA 94250-5880 | First Class Mail | |
| California Water Resources Control Board<br>State Water Resources Control Board<br>P. O. Box 100<br>Sacramento, CA 95812-0100 | Email | INFO@WATERBOARDS.CA.GOV |
| Charles C. Albright, Trustee<br>729 West 16th Street #B8<br>Costa Mesa, CA 92627 | First Class Mail | |
| Colorado Dept. of Public Health and Environment<br>4300 Cherry Creek Drive S<br>Denver, CO 80246-1530 | Email | CDPHE.INFORMATION@STATE.CO.US |
| Diamond McCarthy LLP<br>Allan Diamond<br>Sheryl P. Giugliano<br>909 Fannin Street<br>37th Floor, Two Houston Center<br>Houston, TX 77010 | Email | ADIAMOND@DIAMONDMCCARTHY.COM;<br>SGIUGLIANO@DIAMONDMCCARTHY.COM |
| Diane T. Walker<br>748 Oceanville Road<br>Stonington, ME 04681-9714 | First Class Mail | |
| EPA Region 9<br>Environmental Protection Agency<br>75 Hawthorne Street<br>San Francisco, CA 94105 | Email | R9.INFO@EPA.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| Escolle Tenants In Common<br>Attn: Vincent T. Martinez<br>215 N. Lincoln Street<br>Santa Maria, CA 93458 | Email | VMARTINEZ@TWITCHELLANDRICE.COM |
| First American Title Insurance Company<br>Trustee for UBS AG London Branch<br>4380 La Jolla Village Drive, Suite 110<br>San Diego, CA 92122 | First Class Mail | |
| Friedman & Springwater LLP<br>Counsel for PG&E<br>Attn: Ellen A. Friedman<br>350 Sansome Street, Suite 210<br>San Francisco, CA 94104 | Email | EFRIEDMAN@FRIEDMANSPRING.COM |
| GLR, LLC<br>Violeta Berniczky<br>45 Rockefeller Plaza, Suite 2410<br>New York, NY 10111 | Email | VAB@GRERANGROUP.COM |
| Hanna and Morton LLP<br>(Counsel to Lessors of Goodwin A Lease)<br>Attn: Edward S. Renwick<br>444 South Flowers Street, Suite 2530<br>Los Angeles, CA 90071-2916 | Email | ERENWICK@HANMOR.COM |
| HVI Cat Canyon, Inc.<br>Randeep S. Grewal, Chairman and CEO<br>630 Fifth Avenue, Suite 2410<br>New York, NY 10111 | Email | RSG@GREKA.COM |
| HVI Cat Canyon, Inc.<br>Alex G. Dimitrijevic<br>President and COO<br>2617 Clark Avenue<br>Santa Maria, CA 95454 | Email | AGD@GREKA.COM |

| Recipient | Service Method | Description |
|---|---|---|
| HVI Cat Canyon, Inc.<br>P. O. Box 5489<br>Santa Maria, CA 93456 | First Class Mail | |
| HVI Cat Canyon, Inc.<br>M. Ernesto Olivares, CFO<br>2617 Clark Avenue<br>Santa Maria, CA 95454 | Email | MEO@GREKA.COM |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Fax | 703-368-9694 |
| Internal Revenue Service<br>(Small Business/Self-Employment Div.)<br>5000 Ellin Road<br>Lanham, MD 20706 | Fax | 866-717-8302 |
| J. P. Morgan-Chase<br>Michael Kerney<br>450 West 33rd Street, 15th Floor<br>REF: 030057 Nassau Assoc-SABA<br>New York, NY 10041 | Fax | 212-759-1675 |
| Larsen O'Brien LLP<br>Robert C. O'Brien<br>Paul A. Rigali<br>Steven E. Bledsoe<br>Haewon Park<br>Melissa Vasquez<br>555 South Flower, Suite 4400<br>Los Angeles, CA 90071 | Email | ROBRIEN@LARSONOBRIENLAW.COM;<br>PRIGALI@LARSONOBRIENLAW.COM;<br>SBLEDSOE@LARSONOBRIENLAW.COM;<br>HPARK@LARSONOBRIENLAW.COM;<br>MVASQUEZ@LARSONOBRIENLAW.COM |
| Locke Lord LLP<br>Counsel for CTS Properties, Ltd.<br>Attn: Ira S. Green (IG-2315)<br>200 Vesey St.<br>New York, NY 10281 | Email | IRA.GREENE@LOCKELORD.COM |

| Recipient | Service Method | Description |
|---|---|---|
| MUSICK, PEELER & GARRETT LLP<br>Counsel to Bradley Land Company<br>Attn: Brian L. Holman<br>624 S. Grand Avenue, Suite 2000<br>Los Angeles, CA 90017 | Email | b.holman@musickpeeler.com |
| New York State Dept. of Environmental Conservation<br>625 Broadway<br>Albany, NY 12233-1011 | Email | CONTACT@DEC.NY.GOV |
| Northern California Collection Service, Inc.<br>700 Leisure Lane<br>Sacramento, CA 95815 | First Class Mail | |
| O'Melveny & Myers LLP<br>Counsel to UBS AG, London Branch<br>Darren L. Patrick<br>Evan M. Jones<br>Brian M. Metcalf<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071 | Email | DPATRICK@OMM.COM;<br>EJONES@OMM.COM;<br>BMETCALF@OMM.COM |
| O'Melveny & Myers LLP<br>Counsel to USB AG, London Branch<br>Jennifer Taylor<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 | Email | JTAYLOR@OMM.COM |
| O'Melveny & Myers LLP<br>Counsel to USB AG, London Branch<br>Daniel C. Cantor<br>Samantha M. Indelicato<br>Seven Times Square<br>New York, NY 10036 | Email | DCANTOR@OMM.COM;<br>SINDELICATO@OMM.COM |
| Office of the United States Trustee<br>Southern District of New York<br>Greg M. Zipes<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | First Class Mail and Email | GREG.ZIPES@USDOJ.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>Serene Nakano<br>U. S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | First Class Mail and Email | SERENE.NAKANO@USDOJ.GOV<br>USTPREGION02.NYECF@USDOJ.GOV |
| Pachulski Stang Ziehl & Jones LLP<br>Proposed Counsel to the Official Committee of Unsecured Creditors<br>Attn: Jeffrey N. Pomerantz<br>Maxim B. Litvak<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067 | Email | JPOMERANTZ@PSZJLAW.COM;<br>MLITVAK@PSZJLAW.COM |
| Pachulski Stang Ziehl & Jones LLP<br>Proposed Counsel to the Official Committee of Unsecured Creditors<br>Attn: Richard E. Mikels<br>Robert J. Feinstein<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024 | Email | RMIKELS@PSZJLAW.COM;<br>RFEINSTEIN@PSZJLAW.COM |
| Pacific Petroleum California, Inc.<br>Attn: John Hochleutner<br>P. O. Box 2646<br>Santa Maria, CA 93457 | Email | JOHN@PPCINC.BIZ |
| PG&E<br>Marcellus Terry<br>Denise A. Newton<br>77 Beale Street, 24th Floor<br>San Francisco, CA 94105 | Email | PGEBANKRUPTCY@PGE.COM;<br>MXTN@PGE.COM;<br>MARCELLUS.TERRY@PGE.COM |
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attorneys for GIT, Inc.<br>Peter Calamari<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Email | PETERCALAMARI@QUINNEMANUEL.COM |

| Recipient | Service Method | Description |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP<br>Attorneys for GIT, Inc.<br>Devin Van Der Hahn<br>Patricia D. Tomasco<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | Email | DEVINVANDERHAHN@QUINNEMANUEL.COM;<br>PATTYTOMASCO@QUINNEMANUEL.COM |
| Santa Barbara County – APCD<br>Aeron Arlin Genet<br>260 North San Antonio Rd.<br>Santa Barbara, CA 93110 | First Class Mail | |
| Santa Barbara County P&D<br>John Zorovich<br>123 East Anapamu Street<br>Santa Barbara, CA 93101 | Email | JZORO@CO.SANTA-BARBARA.CA.US |
| Santa Barbara County Treasurer – Tax Collector<br>P. O. Box 579<br>Santa Barbara, CA 93102-0579 | Email | SBTAXES@CO.SANTA-BARBARA.CA.US |
| Santa Barbara County Treasurer – Tax Collector<br>Vida McIsaac<br>105 E. Anapamu St., Suite 109<br>Santa Barbara, CA 93102 | Email | VMCISAA@CO.SANTA-BARBARA.CA.US |
| Sherrill A. Schoepe<br>14974 Adams Dr.<br>Pauma Valley, CA 92061 | Email | S.WETZLER@MUSICKPEELER.COM |
| State of Colorado Attorney General<br>Attn: Phil Weiser<br>Ralph L. Carr Colorado Judicial Bldg.<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Email | ATTORNEY.GENERAL@COAG.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| State of New York Attorney General<br>Attn: Letia A. James<br>Dept. of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | First Class Mail | |
| Stoner Family Trust<br>James G. Sanford Trustee<br>100 West Liberty Street, Suite 900<br>Reno, NV 89501 | First Class Mail | |
| The Law Office of Susan M. Whalen<br>Susan M. Whalen<br>General Counsel<br>2806 Alta St.<br>P. O. Box 938<br>Los Olivos, CA 93441 | Email | SUSAN@WHALENATTORNEY.COM |
| U. S. Department of Transportation<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | First Class Mail | |
| UBS AG, London Branch<br>Julian Gould<br>600 Washington Blvd.<br>Stamford, CT 06901 | First Class Mail | |
| United States Attorney's Office<br>Southern District of New York<br>Attn: Anthony Sun, Asst. United States Attorney<br>Tax & Bankruptcy Unit<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | First Class Mail | |
| United States Department of Justice<br>Environmental & Natural Resources Division<br>Attn: Karl Fingerhood, Senior Counsel<br>Environmental Enforcement Section<br>P. O. Box 7611<br>Washington, DC 20044-7611 | Email | KARL.FINGERHOOD@USDOJ.GOV |

| Recipient | Service Method | Description |
|---|---|---|
| Victory Oil<br>Eric Johnson<br>222 West 6th Street, Suite 1010<br>San Pedro, CA 90731 | Email | SMALLBUSINESSTEAM@WOLTERSKLUWER.COM |
| W. J. Kenny Corp.<br>c/o Allfirst Bankcorp Trust c/o M&T Bank<br>One M&T Plaza<br>Buffalo, NY 14203 | Fax | 716-635-4230 |
| Weil, Gotshal & Manges LLP<br>Counsel for PG&E<br>Rachael L. Foust<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Email | RACHAEL.FOUST@WEIL.COM |
| WELTMAN & MOKOWITZ, LLP<br>Counsel to Debtor HVI Cat Canyon, Inc.<br>Richard E. Weltman<br>Michael L. Moskowitz<br>Debra Kramer<br>Michele K. Jaspan<br>Adrienne Woods<br>Melissa A. Guseynov<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016-0601 | Email | rew@weltmosk.com<br>mlm@weltmosk.com<br>dk@weltmosk.com<br>mkj@weltmosk.com<br>aw@weltmosk.com<br>mag@weltmosk.com |
| West Coast Welding & Constr. I<br>Michael Barbey<br>2201 Celsius Avenue, Suite B<br>Oxnard, CA 93030 | Email | MBARBEY@WESTCOASTWELDING.NET |
| William W. Jenny Jr.<br>5101 East Camino Alisa<br>Tucson, AZ 85718 | Email | CARAMEL@HOTMAIL.COM |

| Recipient | Service Method | Description |
|---|---|---|
| Wyatt Sloan-Tribe<br>Office of the Attorney General<br>300 S. Spring Street, Suite 1702<br>Los Angeles, CA 90013 | First Class Mail | |