**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>   HVI CAT CANYON, INC.,<br><br>                     Debtor. | Chapter 11 Case<br><br>Case No. 19-12417 |

**BRIDGE ORDER (I) PROHIBITNG UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICE TO, OR DISCRIMINATE AGAINST THE DEBTOR, AND (II) FURTHER ADJOURNING THE HEARING TO CONSIDER DEBTOR'S AMENDED PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO NON-PG&E UTILITIES AND ESTABLISHED PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES**

Upon the Motion, dated July 30, 2019 (the " Utility Motion"),[1] of HVI Cat Canyon, Inc., as debtor and debtor in possession ("Debtor"), pursuant to sections 105(a) and 366 of title 11 of the United States Code ("Bankruptcy Code"), for an order: (i) approving Debtor's proposed form of adequate assurance of payment to utilities; and (ii) prohibiting utilities from altering, refusing, or discontinuing service to, or discriminating against, Debtor; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided to the Notice Parties; and it appearing that no other or further notice need be provided; and a hearing having been held on August 1, 2019 and adjourned to August 21, 2019 to consider the relief requested in the Motion ("Hearing"); and no opposition to the relief requested in the Motion having been filed by Southern California Edison, Southern California Gas, or the Water Utility Providers, the Waste Utility Providers or the Telecommunications Utility Providers (collectively, the "Non-PG&E

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

Utilities") specified on the Schedule of Utility Providers annexed as Exhibit B to the Motion; and the Debtor and Pacific Gas and Electric Company ("PG&E") having executed a Stipulation Regarding Adjournment of Hearing on Utility Motion and Order; and Debtor seeking to further adjourn the hearing scheduled for August 21, 2019 at 10:00 a.m. to September 5, 2019 at 11:30 a.m. with respect to the Non-PG&E Utilities; and Debtor amending the relief requested in the Utility Motion to (i) propose a different form of adequate assurance of payment to the Non-PG&E Utilities, and (ii) establish procedures for resolving objections by the Non-PG&E Utilities; and the Court having found and determined that adjournment of the hearing from August 21, 2019 at 10:00 a.m. to September 5, 2019 at 11:30 a.m. (Prevailing Eastern Time) to consider the Utility Motion and Debtor's amended relief requested in the Utility Motion is in the best interests of Debtor, its estate, creditors and all parties in interest; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED**, that the Hearing is adjourned from August 21, 2019 to 10:00 a.m. to September 5, 2019 at 11:30 a.m. (Prevailing Eastern Time); and it is further

**ORDERED**, that the Non-PG&E Utilities are restrained from altering, refusing, or discontinuing service to, or discriminate against Debtor with respect to the utility services which they provide through the hearing date on the Utility Motion and entry of a Final Order by this Court with respect to the relief requested in the Utility Motion, as may be amended; and it is further

**ORDERED**, that Debtor on or before August 22, 2019, shall serve a copy of this Order, by email or overnight mail, upon (i) each of the Non-PG&E Utilities, (ii) the Notice Parties listed in the Utility Motion, and (iii) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017; Attn: Robert J. Feinstein, Esq. and Richard E. Mikels, Esq., proposed counsel for the Official Committee of Unsecured Creditors; and it is further

**ORDERED,** that Debtor shall serve a copy of amendment(s) to the Utility Motion, which include the (i) proposed different form of adequate assurance of payment to the Non-PG&E Utilities, and (ii) proposed procedures for resolving objections by the Non-PG&E Utilities, by email or overnight mail on or before August 22, 2019, upon (i) counsel for PG&E; (ii) each of the Non-PG&E Utilities, (iii) the Notice Parties listed in the Utility Motion, and (iv) Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017; Attn: Robert J. Feinstein, Esq. and Richard E. Mikels, Esq., proposed counsel for the Official Committee of Unsecured Creditors; and it is further

**ORDERED,** that any objections to amendment(s) to the Utility Motion, which include the (i) proposed different form of adequate assurance of payment to the Non-PG&E Utilities, and (ii) proposed procedures for resolving objections by the Non-PG&E Utilities, shall be served so as to be received by (i) Weltman & Moskowitz, LLP, Debtor's proposed counsel, and (ii) proposed counsel for the Official Committee of Unsecured Creditors, on or before September 3, 2019; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: August 20, 2019
      New York, New York

                                               **s/Michael E. Wiles**
                                               HONORABLE MICHAEL E. WILES
                                               UNITED STATES BANKRUPTCY JUDGE