**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| HVI Cat Canyon, Inc., | Case No. 19-12417-MEW |
| Debtor. | |

### NOTICE OF HEARING ON THE SECURED CREDITOR UBS AG, LONDON BRANCH'S MOTION *IN LIMINE* TO PRECLUDE 2016 NETHERLAND SEWELL RESERVE REPORT AT CASH-COLLATERAL HEARING

**PLEASE TAKE NOTICE** that on August 23, 2019, UBS AG, London Branch filed its Motion *in Limine* to Preclude 2016 Netherland Sewell Reserve Report at Cash-Collateral Hearing.

**PLEASE TAKE FURTHER NOTICE** that on September 5, 2019 at 11:30 a.m., prevailing Eastern Time, a hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 617, One Bowling Green, New York, New York, 10004-1408, on UBS's Motion *in Limine* to Preclude 2016 Netherland Sewell Reserve Report at Cash-Collateral Hearing, dated August 23, 2019.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion *in Limine* shall be filed and served with the Court so as to be received by no later than August 30, 2019.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time without further notice other than the filing of a notice on the Court's electronic docket for this case or the announcement of such adjournment in open Court.

Dated: August 23, 2019
New York, NY

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Evan M. Jones*
Evan M. Jones (appearing *pro hac vice*)
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
T: (213) 430-6000
F: (213) 430-6407
ejones@omm.com

Gary Svirsky
Times Square Tower
7 Times Square
New York, NY 10036
T: (212) 326-2000
F: (212) 326-2061
gsvirsky@omm.com

*Attorneys for UBS AG, London Branch*