Peter Calamari
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
petercalamari@quinnemanuel.com

-and-

Patricia B. Tomasco
Devin van der Hahn
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
pattytomasco@quinnemanuel.com
devinvanderhahn@quinnemanuel.com

Attorneys for GIT, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | § | |
|---|---|---|
| | § | |
| HVI CAT CANYON, INC., | § | CASE NO.  19-12417 |
| | § | (Chapter 11) |
| Debtor. | § | |

# GIT, INC.'S WITNESS AND EXHIBIT LIST FOR
# HEARINGS SCHEDULED ON AUGUST 27, 2019

| Main Case No.: 19-12417 | Name of Debtor: HVI Cat Canyon, Inc. |
|---|---|
| Adversary No.: N/A | Style of Adversary: N/A |
| | |
| Witnesses: | |
| Randeep Grewal | |
| Any witness called or listed by any other party | |
| Any witness necessary to impeach the testimony of any witness called or designated by any other party | Judge: Michael E. Wiles |
| Any rebuttal witnesses that may be necessary | Courtroom Deputy: Jacqueline DePierola |
| | Hearing Date:  August 27, 2019 |
| | Hearing Time: 11:00 a.m. |

09280-00001/11042900.1

|   |   |
|---|---|
|   | Party's Name: GIT, Inc. |
|   | Attorney's Name: Patricia B. Tomasco |
|   | Attorney's Phone: 713-221-7227 |
|   | Nature of Proceeding: Hearing on Motion to Transfer Venue [ECF No. 47] |

## **EXHIBITS**

| EX. # | DESCRIPTION | OFFERED | OBJECTION | ADMITTED / NOT ADMITTED | DISPOSITION |
|---|---|---|---|---|---|
| A | Transcript of Hearing held on August 1, 2019 |   |   |   |   |
| B | $50,000,000 First Lien Credit Agreement dated as of May 20, 2016, among HVI Cat Canyon, Inc. and Rincon Island Limited Partnership, as Borrowers, GOGH, LLC, as Holdings, The Lenders Party Hereto and UBS Ag, London Branch, Administrative Agent and Collateral Agent |   |   |   |   |

Respectfully submitted this 26th day of August, 2019.

          **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Patricia B. Tomasco*
      Patricia B. Tomasco
      New York State Bar No. PT0899
      Texas State Bar No. 01797600
      Devin van der Hahn
      Texas State Bar No. 24104047
      711 Louisiana, Suite 500
      Houston, Texas 77002
      Telephone: 713-221-7000
      Facsimile: 713-221-7100
      Email: pattytomasco@quinnemanuel.com
             devinvanderhahn@quinnemanuel.com

-and-

Peter Calamari
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
petercalamari@quinnemanuel.com

**ATTORNEYS FOR GIT, INC.**