**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| HVI CAT CANYON, INC., | Case No. 19-12417 (MEW) |
| Debtor. | |

**DEBTOR'S WITNESS AND EXHIBIT LIST RE: OBJECTION TO MOTION OF SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, COUNTY OF SANTA BARBARA, AND HARRY HAGEN, TREASURER AND TAX COLLECTOR TO TRANSFER VENUE**

| | |
|---|---|
| Judge: | Hon. Michael E. Wiles |
| Hearing Date: | Tuesday, August 27, 2019 |
| Hearing Time: | 11:00 a.m. (EST) |
| Party's Name: | HVI Cat Canyon, Inc., "Debtor" |
| Attorney's Name: | Richard E. Weltman |
| Attorney's Phone: | (212) 684-7800 |
| Nature of Proceeding: | Motion to Transfer Venue (ECF Doc. No. 49) |

Debtor hereby submits this Witness and Exhibit List in connection with the hearing to be held on Tuesday, August 27, 2019 at 11:00 a.m. (EST) ("Hearing") on Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasure and Tax Collection to Transfer Venue (ECF Doc. No. 49) and it's Objection thereto (ECF Doc. No. 77).

## WITNESSES

1. Randeep S. Grewal, Chairman of Debtor.
2. Any witness called by any other party.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | New York Office Lease dated November 6, 2000 | | | | |
| B | First Amendment to Lease dated May 17, 2004 | | | | |
| C | Consent to Assignment dated September 13, 2005 | | | | |
| D | Second Amendment to Lease dated June 22, 2009 | | | | |
| E | Third Amendment to Lease dated July 19, 2019 | | | | |
| F | August 1, 2019 Hearing Transcript p. 26: 20-25, p. 27:1-16 | | | | |
| G | Venue Provisions in UBS Loan Documents | | | | |
| H | August 1, 2019 Hearing Transcript pp. 26:20-25, 27:1-9 | | | | |
| I | August 1, 2019 Hearing Transcript p. 30:22-23. | | | | |

Dated:  New York, New York
        August 26, 2019

**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor in Possession*

By: */s/ Michael L. Moskowitz*
    **MICHAEL L. MOSKOWITZ**
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800