BUGANKO
In Pro Se
930 Truxtun Avenue, Suite 102
Bakersfield, CA 93301
Tel: (661) 327-3337
Fax: (661) 327-3395
Email: saganong@gmail.com

2019 AUG 22 P 2: 15

IN AND FOR THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 19-12417 (MEW)<br><br>NOTICE OF JOINDER TO SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, COUNTY OF SANTA BARBARA, AND HARRY HAGEN, TREASURER AND TAX COLLECTORS' MOTION TO TRANSFER VENUE |

The creditor, BUGANKO, a California Limited Partnership, pro se, hereby joins in the MOTION TO TRANSFER *VENUE* filed by the Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasurer and Tax Collectors ("Motion") (docket No. 47, filedon 8/14/2019) and set forth the following:

<u>Jurisdiction</u>

1. This joinder adopts and incorporates by reference herein the *Jurisdiction* section set forth in the Motion.

Facts

2. This Joinder adopts and incorporates by reference herein the *Facts* section.

Discussion

Argument and Authorities

3. This Joinder incorporates and adopts by reference the *Argument and Authorities* as set forth in the Motion.

4. In addition, BUGANKO is a California-domiciled Limited Liability Company whose asset, a mineral interest and surface use rights are located in Southern California and are in the possession of debtor.

WHEREFORE, this Joinder respectfully requests that this Court enter an order:

1. Granting the Motion for Change of Venue to the Central District of California
2. Providing such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: August 21, 2019

*/s/ Stephen A. Ganong*
Stephen A. Ganong
Managing Member, Buganko LLC

## CERTIFICATE OF SERVICE

State of California, County of Kern

    I am employed in the County of Kern, State of California. I am over the age of 18 years and not a party to this action. I reside in Kern County, State of California.

    On __8/21/19__, I served the following document(s) described as:

**NOTICE OF JOINDER TO SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT, COUNTY OF SANTA BARBARA, AND HARRY HAGEN, TREASURER AND TAX COLLECTORS' MOTION TO TRANSFER VENUE**

    On __8/21/19__, in addition to those parties served electronically by the Court's electronic notification system on August ___, 2019, I caused the following to be served by email or First Class Mail to those parties listed on the **ATTACHED EXHIBIT A**:

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on August 21, 2019, at Bakersfield, Kern County, California.

_____
Nancy A. Lopes

United States Bankruptcy Court
Southern District of New York
In re: HVI CAT CANYON, INC., debtor.
Chapter 11, Case No. 19-12417

# EXHIBIT A
## SERVICE LIST
### Page 1 of 2

| PARTY | Counsel | Method of Service |
|---|---|---|
| Debtor | HVI Cat Canyon, Inc.<br>P.O. Box 6030<br>Santa Maria, CA 93456-6030<br><br>Richard E. Weltman<br>Michael L. MOskowitz<br>Debra Kramer<br>Michele K. Jaspan<br>Adrienne Woods<br>Melissa A. Guseynov<br>WELTMAN & MOKOWITZ, LLP<br>270 Madison Avenue, Suite 1400<br>New York, NY 10016-0601 | Via First Class Mail<br><br>Via Email:<br>rew@weltmosk.com<br>mlm@weltmosk.com<br>dk@weltmosk.com<br>mkj@weltmosk.com<br>aw@weltmosk.com<br>mag@weltmosk.com |
| Claims Agent | Epiq Corporate Restructuring, LLC | Via Email:<br>rjacobs@ecf.epiqsystems.com |
| CTS Properties, Ltd | Ira S. Greene<br>Locke Lord LLP<br>200 Vesey Street<br>New York, NY 10281 | Via email:<br>Ira.greene@lockelord.com |
| Diamond McCarthy LLP | Allan B. Diamond<br>Sheryl P. Giugliano<br>Diamond McCarthy, LLP<br>295 Madison Avenue, 27th Floor<br>New York, NY 10017 | Via Email:<br>sgiugliano@diamondmccarthy.com |
| GIT, Inc. | Peter Calamari<br>QUINN EMANUEL URQUHART@ SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>Patricia B. Tomasco<br>Devin van der Hahn<br>QUINN EMANUEL URQUHART@ SULLIVAN LLP<br>711 Louisiana, Suite 500<br>Houston, TX 77002 | Via Email:<br>petercalamari@quinnemanuel.com<br><br><br><br>pattytomasco@quinnemanuel.com<br>devinvanderhahn@quinnemanuel.com |

United States Bankruptcy Court
Southern District of New York
In re: HVI CAT CANYON, INC., debtor.
Chapter 11, Case No. 19-12417

# EXHIBIT A
## SERVICE LIST
### Page 2 of 2

| PARTY | Counsel | Method of Service |
|---|---|---|
| UBS AG London Branch | Evan M. Jones<br>Brian M. Metcalf<br>Darren L. Patrick<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br><br>Daniel L. Cantor<br>O'MELVENY & MYERS LLP<br>Seven Times Square<br>New York, NY 10036<br><br>Jennifer Taylor<br>QUINN EMANUEL URQUHART@ SULLIVAN LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 | Via Email:<br>ejones@omm.com<br>bmetcalf@omm.com<br>dpatrick@omm.com<br><br><br><br>dcantor@omm.com<br><br><br><br>jtaylor@omm.com |
| United States Trustee | Office of the United States Trustee<br>Attn: Serene K. Nakano<br>U.S. Federal Office Building<br>201 Varick Str., Room 1006<br>New York, NY 10014 | Via First Class Mail and via email<br>Serene.nakano@usdoj.gov<br>USTPegion02.NYECF@USDOJ.GOV |
| County of Santa Barbara, California; Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California; and Santa Barbara Air Pollution Control District | W. Ross Spence<br>Carolyn Carollo<br>SNOW SPENCE GREEN LLP<br>2929 Allen Parkway, Suite 2800<br>Houston, TX 77019 | Via Email:<br>ross@snowspencelaw.com<br>carolyncarollo@snowspencelaw.com |