**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| HVI CAT CANYON, INC., | Case No. 19-12417 (MEW) |
| Debtor. | |

**PROPOSED AGENDA FOR HEARING**
**SCHEDULED FOR AUGUST 27, 2019 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, Courtroom 617

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

**A.  INITIAL CASE CONFERENCE**

**B.  MOTION TO TRANSFER VENUE**


**A.  INITIAL CASE CONFERENCE**

Pursuant to the Order Scheduling the Initial Case Conference [ECF Doc. No. 7], the Court will consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences.

Status: This matter is going forward.


B.  **MOTION TO TRANSFER VENUE**

A hearing is scheduled on Motion to Transfer Venue filed by Ross Spence on behalf of County of Santa Barbara, California, Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California, Santa Barbara Air Pollution Control District ("Motion to Transfer") [ECF Doc. No. 47].

Responses:

(i) Objection of Debtor to Motion to Transfer Venue [ECF Doc. No. 77].

(ii) Debtor's Qualified Joinder in Statement of Position of Official Committee of Unsecured Creditors in Support of Motion to Transfer Venue [ECF Doc. No. 91]

Related Documents:

(i) Motion to Shorten Time for Notice and Objection Periods for Motion to Transfer Venue (related document(s)[47]) filed by Ross Spence on behalf of County of Santa Barbara, California, Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California, Santa Barbara Air Pollution Control District. [ECF Doc. No. 48].

(ii) Notice of Hearing (related document(s)[47]) filed by Ross Spence on behalf of County of Santa Barbara, California, Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California, Santa Barbara Air Pollution Control District. [ECF Doc. No. 49].

(iii) Order signed on 8/14/2019 Granting Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasurer and Tax Collectors Emergency Motion to Shorten Notice and Objection Periods for Motion to Transfer Venue. [ECF Doc. No. 51].

(iv) California Department of Conservation, Division of Oil, Gas & Geothermal Resources' Statement in Support of Motion to Transfer Venue [ECF Doc. No. 73].

(v) Statement of Position of Official Committee of Unsecured Creditors in Support of Motion to Transfer Venue [ECF Doc. No. 74].

(vi) The Commissions' Joinder to the Motion to Transfer Venue Filed by Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasure and Tax Collections and Reservation of Rights [ECF Doc. No. 75]

(vii) UBS, AG, London Branch's Memorandum of Law in Support of Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasure and Tax Collectors' Motion to Transfer Venue [ECF. Doc. No. 76]

(viii) The Commissions' Joinder to the Motion to Transfer Venue Filed by Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasure and Tax Collections and Reservation of Rights [ECF Doc. No. 78]

(ix) Declaration of Samantha M. Indelicato in Support of Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasurer and Tax Collectors' Motion to Transfer Venue [ECF Doc. No. 82]

(x) GIT Inc.'s Witness and Exhibit List for Hearings Scheduled on August 27, 2019 [ECF Doc. No. 87]

(xi) Debtor's Witness and Exhibit List Re: Objection to Motion of Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasurer and Tax Collector to Transfer Venue [ECF Doc. No. 88]

(xii) Pacific Gas and Electric Company's Joinder to Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Haden, Treasurer and Tax Collections Motion to Transfer Venue [ECF Doc. No. 89]

(xiii) Notice of Joinder to Santa Barbara County Air Pollution Control District, County of Santa Barbara, and Harry Hagen, Treasure and Tax Collectors' Motion to Transfer Venue filed by Buganko, a California Limited Partnership [ECF Doc. No. 90]

<u>Status</u>: This matter is going forward.

Dated: New York, New York
August 26, 2019

**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor in Possession*

By: */s/ Michael L. Moskowitz*
    **MICHAEL L. MOSKOWITZ**
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800